# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CURTIS HUGHES, | Case No. CV 02-1727-JWJ |
| Plaintiff, | ORDER GRANTING PLAINTIFF COUNSEL'S PETITION FOR ATTORNEYS FEES PURSUANT TO 28 U.S.C. §406(b). |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

## ORDER

Pursuant to 28 U.S.C. §406(b), **IT IS HEREBY ORDERED** that the Commissioner of the Social Security Administration certify an attorney's fee payment to the Law Offices of Lawrence D. Rohlfing in the amount of $10,030 ($9,130 for the attorney's time, and $900 for the paralegal's time).

///
///
///
///
///

**IT IS FURTHER ORDERED** that plaintiff's counsel reimburse plaintiff $2,800 in EAJA fees previously awarded to plaintiff's attorney. Counsel shall serve a copy of this Order on plaintiff within 14 days of the date of this Order, and file a certificate of compliance within 14 days thereafter.

DATED:  November 26, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge